IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Keith J. Mitan, ) | C/A NO. 3:07-2762-CMC-BM |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Edward T. Pendarvis, Sunbelt Business ) | |
| Advisors Network, LLC, a Delaware limited ) | |
| liability company, MMI Business Brokers, ) | |
| LLC, a Delaware limited liability company, ) | |
| and BRCSLC, INC., a Utah Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff filed this action *pro se* alleging state law claims for defamation against the named Defendants. This order addresses the motion of Defendant BRCSLC, Inc. ("BRCSLC"), to dismiss for lack of personal jurisdiction.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Bristow Marchant for pre-trial proceedings and a Report and Recommendation. On March 28, 2008, the Magistrate Judge issued a Report recommending that Defendant BRCSLC be dismissed without prejudice for lack of personal jurisdiction. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff has failed to file objections and the time for doing so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews the Report and Recommendation only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation") (citation omitted).

After reviewing the record of this matter, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order and finds that this court lacks personal jurisdiction over Defendant BRCSLC, Inc. This Defendant is, therefore, dismissed from this action. This dismissal is without prejudice.

**IT IS SO ORDERED.**

                                                             **S/ Cameron McGowan Currie**
                                                             **CAMERON MCGOWAN CURRIE**
                                                             **UNITED STATES DISTRICT JUDGE**

**Columbia, South Carolina**
**April 30, 2008**